UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS FUNARI, an individual

    Plaintiff,

v.                                          Case No: 2:13-cv-384-FtM-38CM

CBL & ASSOCIATES MANAGEMENT, INC.,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on the Plaintiff, Thomas Funari's Oral Request for a hearing on certain discovery issues. Both Parties have agreed to have the Court hear argument on certain production requests currently in dispute. The Court has scheduled a hearing on the issues for April 14, 2014, at 4:00 pm before the undersigned. In preparation for the hearing, the Court requests that each Party submit a brief statement summarizing their position on the issues. The statements should be no more than three (3) pages in length, and are due in chambers on or before 5:00pm April 11, 2014.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of April, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record